## Richmond

### CLINCHFIELD COAL COMPANY V. VIRGIL H. WILLIS

October 7, 1977.

Record No. 770032.

Present: I'Anson, C.J., Carrico, Harrison, Harman, Poff and Compton, JJ.

CASE DECIDED WITHOUT OPINION.

*J. Thomas Fowlkes (Penn, Stuart, Eskridge & Jones,* on brief), for appellant.

*Dennis E. Jones (White, Elliott, Bundy & Jones,* on brief), for appellee.